IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| United States of America, ) | CRIMINAL NO. 3:10-585-CMC |
| ) | |
| v.    ) | **OPINION and ORDER** |
| ) | |
| Tito Dewayne Titus, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the court on Defendant's motion for a copy of certain transcripts in his case. Dkt. #70 (filed June 17, 2011). Defendant seeks copies of transcripts of his guilty plea and sentencing and that he be provided them without prepayment of costs.

Longstanding circuit precedent provides that a prisoner who requests free copies of records in his or her criminal case, whether it is a state or federal case, must show a particularized need for such records. *See Jones v. Superintendent, Virginia State Farm*, 460 F.2d 150, 152-53 (4th Cir. 1972); *United States v. Glass*, 317 F.2d 200, 202 (4th Cir. 1963). Defendant has failed to make this showing.

Defendant's motion for transcripts is **denied**. Defendant's motion to proceed *in forma pauperis* is **moot**.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
June 20, 2011

1