IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, | ) | CRIMINAL NO. 3:10-585-CMC |
| | ) | |
| v. | ) | **OPINION and ORDER** |
| | ) | |
| Tito Dewayne Titus, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court on Defendant's second motion for a copy of certain transcripts in his case. Dkt. #73 (filed July 1, 2011). Defendant seeks copies of transcripts of his guilty plea, sentencing "and all transcript[s] pertaining to my case" and that he be provided them without prepayment of costs. Mot. at 1.

Longstanding circuit precedent provides that a prisoner who requests free copies of records in his or her criminal case, whether it is a state or federal case, must show a particularized need for such records. *See Jones v. Superintendent, Virginia State Farm*, 460 F.2d 150, 152-53 (4th Cir. 1972); *United States v. Glass*, 317 F.2d 200, 202 (4th Cir. 1963). Defendant indicates he is preparing a motion for relief under 28 U.S.C. § 2255 which may contain allegations relating to the effectiveness of his counsel. However, this is an insufficient showing to warrant production of these transcripts at taxpayer expense. Defendant may file a § 2255 motion without the specifics which may be contained in transcripts. If, during subsequent proceedings, it becomes necessary to produce hearing transcripts, the court will reconsider Defendant's request.

Defendant's motion for transcripts is **denied**. Defendant's motion to proceed *in forma pauperis* is **moot**.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
July 6, 2011

1